| | | |
|---|---|---|
| ROBERT MILLER, JR. <br> 543 West Road, Apt. 101 <br> Salisbury, MD 21801 | * <br> <br> * | IN THE <br> <br> CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | BALTIMORE CITY |
| KAREN ELIZABETH CALLAHAN <br> 102 N. 2nd Street <br> McSherrystown, PA 17344 | * <br> <br> * | Case No.: |
| And | * | |
| GREGG BRYANT CALLAHAN <br> 102 N. 2nd Street <br> McSherrystown, PA 17344 | * <br> <br> * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

Robert Miller, Jr., Plaintiff, by and through William Beveridge, Jr., Esquire, and the Law Offices of Peter T. Nicholl, his attorneys, sues Karen Elizabeth Callahan (hereinafter, "Mrs. Callahan") and Gregg Bryant Callahan (hereinafter, "Mr. Callahan"), Defendant, and says:

### FACTS COMMON TO ALL COUNTS

1. For that on or about the 15th day of July, 2017, Plaintiff, Robert Miller, Jr. (hereinafter, "Mr. Miller"), was operating a motor vehicle eastbound on West 28th Street in the left traffic lane at or near the intersection with Hampden Avenue, both streets being public highways in Baltimore City, Maryland.

2. That at said time and place, Mr. Miller's lane and direction of travel lacked any posted traffic control signs.



3. That at the same time and place a motor vehicle operated by Defendant, Mrs. Callahan, was proceeding northbound on Hampden Avenue into Mr. Miller's lane of travel, in a negligent manner by:
   a. Failing to pay proper time and attention,
   b. Failing to keep a safe and proper lookout for other vehicles,
   c. Failing to stop for a posted stop sign,
   d. Failing to operate her vehicle in a safe and reasonable manner,
   
   and otherwise negligent, causing a violent and forceful collision to occur between the front of Mr. Miller's vehicle and the front driver's side of the vehicle occupied by the Defendants.

4. That because of the collision, Mr. Miller was caused to be ejected several feet from his motorcycle onto the street.

5. That as a result of the collision, Mr. Miller was caused to be seriously, painfully, and permanently injured in and about his head, neck, body, limbs, and nervous system.

6. That Mr. Miller was caused to undergo extensive medical treatment for said injuries, and will in the future, be caused to undergo considerable medical care and treatment.

7. That as a result of the collision, Mr. Miller was caused to lose considerable time and wages from his employment and will in the future be caused to suffer a loss of income.

8. That as a result of the collision, Mr. Miller was caused to incur severe property damage to his motor vehicle and loss of use thereof.

9. That as a result of the collision, Mr. Miller was otherwise injured and damages, all of which caused him great pain, suffering and damages.

## COUNT I

### (negligence)

10. Plaintiff incorporates herein by reference all facts and allegations set forth in Paragraphs 1 through 10, as if stated fully, and further alleges:

11. That all of Mr. Miller's injuries, damages, and losses, past present, and future, were caused solely by the negligence of the Defendant, without any want of due care of the Plaintiff directly or indirectly contributing thereto.

WHEREFORE, this suit is brought, and the Plaintiff, Robert Taylor, Jr., claims a sum greater than SEVENTY FIVE THOUSAND DOLLARS (>$75,000.00) damages from the Defendant, Karen Elizabeth Callahan.

## COUNT II

### (agency)

12. Plaintiff incorporates herein by reference all facts and allegations set forth in Paragraphs 1 through 10, as if stated fully, and further alleges:

13. That said vehicle operated by Mrs. Callahan, at the same time and place, was owned by Co-Defendant, Mr. Callahan.

14. That at all times material hereto, Mrs. Callahan, was the agent, servant, and/or employee of Co-Defendant, Mr. Callahan.

Scanned with CamScanner

15. That all of Mr. Miller's injuries, damages, and losses, past present, and future, were caused solely by the negligence of the Defendant, without any want of due care of the Plaintiff directly or indirectly contributing thereto.

WHEREFORE, this suit is brought, and the Plaintiff, Robert Taylor, Jr., claims a sum greater than SEVENTY FIVE THOUSAND DOLLARS (>$75,000.00) damages from the Defendant, Gregg Bryant Callahan.

Respectfully submitted,

William Beveridge, Jr.
Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, Maryland 21201
Ph:   410-244-7005
Fax:  410-244-4930
wbeveridge@nicholllaw.com
*Attorneys for Plaintiff*

Scanned with CamScanner

| | | |
|---|---|---|
| ROBERT MILLER, JR. | * | IN THE |
|     Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| KAREN ELIZABETH CALLAHAN, et al. | * | BALTIMORE CITY |
| | * | Case No.: |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PRAYER FOR JURY TRIAL

Plaintiff, Robert Miller, Jr., by undersigned counsel hereby prays a trial by jury in this action on all matters so triable.

Respectfully submitted,

/s/ William Beveridge, Jr.

William Beveridge, Jr., Esq.
Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, Maryland 21201
Ph:   410-244-7005
Fax:  410-244-4930
wbeveridge@nicholllaw.com
*Attorneys for Plaintiff*

Scanned with CamScanner

IN THE CIRCUIT COURT FOR Baltimore City  (City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant:* You must file an Information Report as required by Rule 2-323(h).

**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

FORM FILED BY: ☒PLAINTIFF ☐DEFENDANT   CASE NUMBER _____ (Clerk to insert)

CASE NAME: Robert Miller, Jr. vs. Karen Elizabeth Callahan, et al.
             Plaintiff                    Defendant

PARTY'S NAME: Robert Miller, Jr.   PHONE: _____

PARTY'S ADDRESS: 543 West Road, Apt. 101, Salisbury, MD 21801

PARTY'S E-MAIL: _____

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: William Beveridge, Jr.   PHONE: 410-244-7005
PARTY'S ATTORNEY'S ADDRESS: 36 S. Charles St., Ste. 1700, Baltimore, MD 21201
PARTY'S ATTORNEY'S E-MAIL: wbeveridge@nicholllaw.com

JURY DEMAND? ☒Yes ☐No

RELATED CASE PENDING? ☐Yes ☒No  If yes, Case #(s), if known: _____

ANTICIPATED LENGTH OF TRIAL?: ____ hours  2 days

### PLEADING TYPE

New Case: ☒Original  ☐Administrative Appeal  ☐Appeal
Existing Case: ☐Post-Judgment  ☐Amendment

*If filing in an existing case, skip Case Category/Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: ____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☒ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)   Page 1 of 3

Scanned with CamScanner

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |||||
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☒ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☒ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.  ☐ Liability is not conceded, but is not seriously in dispute.  ☒ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000   ☐ $10,000 - $30,000   ☐ $30,000 - $100,000   ☒ Over $100,000

☒ Medical Bills $ _$587,887.76_   ☒ Wage Loss $ _TBD_   ☒ Property Damages $ _TBD_

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation      ☒ Yes  ☐ No          C. Settlement Conference  ☒ Yes  ☐ No
B. Arbitration    ☐ Yes  ☒ No          D. Neutral Evaluation     ☒ Yes  ☐ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049

### ESTIMATED LENGTH OF TRIAL

With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less        ☐ 3 days of trial time
☐ 1 day of trial time             ☐ More than 3 days of trial time
☐ 2 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.

☐ Expedited- Trial within 7 months of Defendant's response        ☐ Standard - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

Scanned with CamScanner

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☒ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

☐ Expedited (Trial Date-90 days) — Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus.

☐ Standard (Trial Date-240 days) — Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases.

☐ Extended Standard (Trial Date-345 days) — Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency.

☐ Complex (Trial Date-450 days) — Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases.

8/2/2019
Date

36 S. Charles St., Ste. 1700
Address

Baltimore      MD      21201
City           State   Zip Code

/s/ William Beveridge Jr.
Signature of Counsel / Party

William Beveridge, Jr.
Printed Name

CC-DCM-002 (Rev. 04/2017)            Page 3 of 3

Scanned with CamScanner